| | |
|---|---|
| Philip P. Mann (WSBA 28860)(pro hac) | Douglas D. Churovich, (MOBN. 47736) |
| phil@mannlawgroup.com | Polster Lieder Woodruff & Lucchesi, L.C. |
| MANN LAW GROUP | 12412 Powerscourt Drive, Suite 200 |
| 1218 Third Avenue, Suite 1809 | St. Louis, Missouri 63131 |
| Seattle, WA 98101 | Tel: (314) 238-2400 |
| Telephone: 206-436-0900 | Fax: (314) 238-2401 |
| | Dchurovich@PolsterLieder.com |
| Nicholas Ranallo | |
| Attorney at Law, California Bar No. 275016 | Alice W. Lee, CA Bar No. 274972 |
| 371 Dogwood Way | 271 Martinvale Lane, |
| Boulder Creek, CA 95006 | San Jose, California 95119 |
| (831) 703-4011 | Telephone: (650)440-3104 |
| nick@ranallolawoffice.com | |
| | Attorneys for Defendant |
| | ANGA Supply, LLC |
| Attorneys for Plaintiff | |
| ALPI International, LTD. | |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ANGA SUPPLY, LLC. <br><br> Defendant. | Case No. 3-CV-4888-JST <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

<u>Court Processes</u>:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

**X** Mediation (ADR L.R. 6)

<u>Private Process</u>:

☐ Private ADR (please identify process and provider) :

_____

_____

The parties agree to hold the ADR session by:

**X** The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ Other requested deadline _____

Dated:  March 24, 2014          /s/  *Philip P. Mann*
                                Philip P. Mann *(of counsel)*
                                **Mann Law Group**

Dated: March 24, 2014           /s/  *Douglas D. Churovich*
                                Douglas D. Churovich
                                **Polster Lieder Woodruff & Lucchesi, L.C**.

**JOINT CASE MANAGEMENT STATEMENT**
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALPI INTERNATIONAL, LTD                    CASE NO. **3:13-CV-04888-JST**

       Plaintiff(s),

v.                                          [PROPOSED] ORDER SELECTING ADR PROCESS

ANGA SUPPLY, LLC

       Defendants.
_____/

**[PROPOSED] ORDER**

☒   The parties' stipulation selecting mediation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 25, 2014



IT IS SO ORDERED
Judge Jon S. Tigar