Philip P. Mann (WSBA 28860) *(Pro Hac Vice)*
MANN LAW GROUP
John Whitaker (WSBA 28868) *(Pro Hac Vice pending)*
WHITAKER LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA  98101
Telephone: 206-436-0900
*phil@mannlawgroup.com*
*john@wlawgrp.com*

Nick Ranallo
Attorney at Law, CA Bar No. 275016
371 Dogwood Way
Boulder Creek, CA  95006
Telephone: (831) 703-4011
*nick@ranallolawoffice.com*

Attorneys for Plaintiff
Alpi International, LTD.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD.,<br><br>        Plaintiff,<br>v.<br><br>ANGA SUPPLY, LLC.<br><br>        Defendant. | Case No. 13-CV-4888<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE AUGUST 20 HEARING** |

## ORDER

Having demonstrated that attorney John Whitaker has shown good cause for his unavailability at the hearing set for August 20, this court grants Plaintiff's Motion to Continue.

The hearing shall be rescheduled for September 24, 2015.

It is so ordered:

August 5, 2015.

Hon. Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE AUGUST 20 HEARING