Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPI International, Ltd )
                        ) Case No: 13-CV-4888-HSG
       Plaintiff(s),    )
                        ) **APPLICATION FOR**
   v.                   ) **ADMISSION OF ATTORNEY**
                        ) **PRO HAC VICE**
ANGA SUPPLY, LLC        ) (CIVIL LOCAL RULE 11-3)
                        )
       Defendant(s).    )

I, John Whitaker, an active member in good standing of the bar of US Dist Ct, Western WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ALPI International, Ltd in the above-entitled action. My local co-counsel in this case is Nicholas Ranallo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1218 Third Avenue, Suite 1809<br>Seattle, WA 98101 | 371 Dogwood Way<br>Boulder Creek, CA 95006 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 436-8500 | (831) 703-4011 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| john@wlawgrp.com | nick@ranallolawoffice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 28868.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/19/15

John Whitaker<br>APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John Whitaker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/5/2015

Haywood S. Gill Jr.<br>UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

# United States District Court
## Western District of Washington

# CERTIFICATE OF GOOD STANDING



I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that JOHN E WHITAKER was admitted to practice in said Court on September 16, 2002 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on 6/18/2015.

William M. McCool
Clerk

By _____
Deputy Clerk