1  Philip P. Mann, WSBA No: 28860 (*Pro Hac Vice*)
   Tim Billick, WSBA No: 46690 (*Pro Hac Vice*)
2  MANN LAW GROUP
   1218 Third Avenue, Suite 1809
3  Seattle, Washington 98101
4  Phone: (206) 436-0900
   *phil@mannlawgroup.com*
5  *tim@mannlawgroup.com*

6  John Whitaker, WSBA No: 28868 (*Pro Hac Vice*)
   WHITAKER LAW GROUP
7  1218 Third Ave, Suite 1809
   Seattle, Washington 98101
8  *Phone: (206) 436-8500*

9  Attorneys for Plaintiff

10
   X. Young Lai, #275396
11 586 N. First Street, Suite 213 B
   San Jose, CA 95112
12 TEL: (408)228-3995
   FAX: (866)610-9505
13 gagelegal@gmail.com

14
   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD.<br><br>Plaintiff<br><br>vs.<br><br>ANGA SUPPLY, LLC.<br><br>Defendants. | CASE NO. : 3:13-CV-04888 HSB<br><br>CONSENT ORDER BASED ON PARTIES' AGREEMENT |

On or about October 22, 2013, Alpi International, Ltd. ("Alpi") filed this action of copyright infringement against Anga Supply, LLC ("Anga"), who counterclaimed for copyright infringement against Alpi on June 23, 2014. The parties hereby enter into this Consent Order in order to resolve the allegations contained in the Complaint and Counterclaim.

IT IS HEREBY AGREED by and between Alpi and Anga by their duly authorized officers and attorneys that:

1. Anga neither admits nor denies any of the allegations in the Complaint, except for purposes of this action, Anga admits the facts necessary to establish jurisdiction.

2. Alpi neither admits nor denies any of the allegations in the mplaint Counterclaims, except for purposes of this action, Alpi admits the facts necessary to establish jurisdiction.

3. The parties agree to dismiss the Complaint and Counterclaim with prejudice.

4. As a result of good faith negotiation, Anga agrees not to import, sell, offer to sell, give away or otherwise distribute the Dolphin, Hammerhead Shark, Sea Lion, and Bull alleged in the Complaint, or colorable imitations thereof. The parties further agree that Anga may sell Orca, Chicken and Shark alleged in the Complaint.

5. This Consent Order is enforceable in this Court. However, before any action is taken to enforce this Order in this Court, the parties shall first make reasonable and good faith effort to negotiate and resolve the dispute, and if the parties still cannot resolve the dispute, the parties shall then submit the dispute to a mediator mutually agreed upon by the parties. Should mediation be unsucessful, the matter may be submitted to this Court for resolution. The

parties agree that reasonable attorneys fees shall be assessed and ordered in favor of the party prevailing in any such dispute before this Court.

Dated: 11/02/15

By: _____
On behalf of Anga

By: _____
X. Young Lai, Esq.
Attorney for Anga

Dated: 11-2-15

By: _____
On behalf of Alpi

By: __/Philip P. Mann__
Philip Mann, Esq.
Attorney for Alpi

## ORDER

Upon consideration of the Agreement filed by the parties and in good cause appearing therefrom, it is SO ORDERED:

1.

Dated: __11/12/2015__

_____
U.S. DISTRICT JUDGE Haywood S. Gilliam, Jr.